IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. BABCOCK, JR., | ) | |
| | ) | |
| Plaintiff(s), | ) | 4:05cv3122 |
| | ) | |
| v. | ) | |
| | ) | |
| MID PLAINS COMMUNITY COLLEGE, et al., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 28, 2005, file their Report of Parties' Planning Conference.

DATED June 10, 2005.

/s/   *David L. Piester*

United States Magistrate Judge