IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. BABCOCK JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3122 |
| | ) | |
| v. | ) | |
| | ) | |
| MID PLAINS COMMUNITY COLLEGE, and RON AXTELL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. On June 10, 2005, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been filed.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before August 22, 2005, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 8th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge