IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. BABCOCK, JR., | ) | Case No. 4:05CV3122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| MID PLAINS COMMUNITY COLLEGE, RON AXTELL, | ) ) | |
| | ) | |
| Defendants. | ) | |

   IT IS ORDERED that Defendants' renewed motion for summary judgment (filing 29) is denied.

   September 21, 2006.            BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge