## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. BABCOCK, JR., | ) | 4:05CV3122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MID PLAINS COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.  Accordingly,

IT IS ORDERED that:

(1)     Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2)     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)     This case is removed from the court's February 12, 2007 North Platte trial docket upon representation by the parties that the case has settled.

January 29, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge